# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| LEROY DEVON HINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:16-cv-01018-KOB-TMP |
| | ) |
| CHIEF ADMINISTRATOR | ) |
| ERIC BAILEY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on April 19, 2017, recommending the plaintiff's federal claims be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 11). The magistrate judge further recommended that the plaintiff's state law claims for negligence be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the court finds that the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be

granted and that the state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The court will enter a separate Final Order.

DONE and ORDERED this 31st day of May, 2017.

                              _____
                              KARON OWEN BOWDRE
                              CHIEF UNITED STATES DISTRICT JUDGE